**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-6127**

—————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

JABBAAR FAREED,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (1:07-cr-00130-JAB-1)

—————————

Submitted: June 30, 2011          Decided: July 22, 2011

—————————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jabbaar Fareed, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbaar Fareed appeals the district court's order granting him a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). Finding no merit in Fareed's appeal, we affirm.

First, the record does not demonstrate that Fareed raised the issue his seeks to appeal before the district court. Such issues generally are not amenable to appellate consideration. Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Second, Fareed's basis for further reduction of sentence could not properly be pursued through a motion brought under 18 U.S.C. § 3582(c)(2). Lastly, the Fair Sentencing Act of 2010 does not apply retroactively to offenders, like Fareed, who were sentenced before its enactment. United States v. Bullard, ___ F.3d ___, No. 09-5214, 2011 WL 1718894, at *10 (4th Cir. May 6, 2011). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED